UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

## APPEAL TRANSMITTAL SHEET

**Case Number:** 15-51898  BK ◯  AP ●

If AP, related BK case number: 13-13087

**Title of Order Appealed:** Memorandum and Order Granting In Part, Denying In Part Motion to Dismiss Adversary Proceeding

**Docket #:** 39, 40   **Date Entered:** 6/13/17

Item Transmitted:

| ✓ | Notice of Appeal Inerlocutory | Docket #: 46 | Date Filed: 6/29/17 |
| | Amended Notice of Appeal | Docket #: | Date Filed: |
| | Cross Appeal | Docket #: | Date Filed: |
| ✓ | Motion for Leave to Appeal | Docket #: 44 | Date Filed: 6/27/17 |
| | Request for Certification of Direct Appeal | Docket #: | Date Filed: |

**Appellant/Cross Appellant:**

Bayerische Motoren Werke Aktiengesellschaft

**Appellee/Cross Appellee**

Emerald Capital Advisors Corp.

**Counsel for Appellant/Cross Appellant:**

Colm F. Connolly
Morgan, Lewis & Bockius LLP
The Nemours Building
1007 N. Orange Street, Suite 501
Wilmington, DE 19801

**Counsel for Appellee/Cross Appellee:**

Mark Minuti
Saul Ewing LLP
1201 N. Market Street, Suite 2300
PO Box 1266
Wilmington, DE 19899

| Filing fee paid? | Yes ● | No ◯ |
| IFP application filed by applicant? | Yes ◯ | No ● |
| Have additional appeals of the same order been filed? | Yes ◯ | No ● |
| *If Yes, has District Court assigned a Civil Action Number? | Yes ◯ | No ● |
| Civil Action Number: | | |

*(continued on next page)*

**Notes:** Transmission is for the purpose of transmitting only the Motion/Leave to Appeal and any related filings.  A miscellaneous number should be assigned rather than a civil action number.  A civil action number will only be assigned if/when the Motion for Leave is granted.  We have included a copy of the Notice of Interlocutory Appeal as a courtesy.  If/when any responses are filed to the Motion for Leave, an additional transmittal sheet will be processed at that time for the response which will make note of the miscellaneous case number assigned by District Court.  An email will be sent under separate cover

(*Notice of interlocutory appeal at de#46 amends previously filed notice at de#42*)

*I hereby certify that all designated items are available electronically through CM/ECF.*

**Date:** 6/28/17         **by:** _____
                                             Sara Hughes
                                             **Deputy Clerk**

Bankruptcy Court Appeal (BAP) Number:   n/a