IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: FAH LIQUIDATING CORP. (f/k/a FISKER AUTOMOTIVE HOLDINGS, INC.), et al., <br><br>             Debtors. | Chapter 11 <br> Bank. No. 13-13087 (KG) <br> Jointly Administered |
| EMERALD CAPITAL ADVISORS CORP., in its capacity as Trustee for the FAH Liquidating Trust, <br><br>             Plaintiff, <br> v. <br> BAYERISCHE MOTOREN WERKE AKTIENGESELLSCHAFT, <br><br>             Defendant. | Adv. No. 15-51898 (KG) <br><br> Misc. No. 17-160 (GMS) |

**ORDER**

At Wilmington, this 11th day of June, 2018, consistent with the Memorandum issued this same date, IT IS HEREBY ORDERED THAT:

1. The Motion for Leave (D.I. 1) is DENIED.

2. The Clerk of Court is directed to CLOSE Misc. No. 17-160 (GMS).

_____
UNITED STATES DISTRICT JUDGE

18